1306 LATHAM vs. BOARD OF ASSESSORS (Detroit), No. 12715, 91 M., 509.

To compel the assessment of real estate mortgages held by the Central Savings Bank of Detroit, as real estate, and to deduct the value of the same from the capital stock of the bank.

Granted May 6, 1892.   Opinion filed May 11, 1892.

The court held it immaterial that the mortgages provided for

the payment of the tax by the mortgagor.　See 91 M., 78.　Id. 517.